**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JOHNNY SADDLER** | **PETITIONER** |
| **VERSUS** | **CAUSE NO. 1:26CV156-LG-MTP** |
| **STATE OF MISSISSIPPI** | **RESPONDENT** |

**ORDER TRANSFERRING CAUSE TO**
**THE NORTHERN DISTRICT OF MISSISSIPPI**

This cause comes before the Court, *sua sponte*. On May 20, 2026, a Petition for habeas corpus relief was filed by Petitioner Johnny Saddler. He contests his 2018 conviction received in the Circuit Court of Lowndes County, Mississippi. Lowndes County is located in the Northern District of Mississippi. He is serving the sentence at South Mississippi Correctional Institution, located in the Southern District.

Title 28 United States Code Section 2241(d) states that when a person files an application for a writ of habeas corpus and is in custody under the judgment and sentence of a State court, of a State with two or more Federal Judicial Districts, the application may be filed in the district court for the district where the person is in custody or within which the State court is located, which convicted and sentenced him. Each district shall have concurrent jurisdiction. 28 U.S.C. § 2241(d). Further, the district court in which the application is filed may exercise its discretion and in furtherance of justice transfer the application to the other district court for hearing and determination. *Id.* Since Saddler is contesting a conviction

received in the Lowndes County Circuit Court, located in the Northern District of Mississippi, this case will be transferred to the United States District Court for the Northern District of Mississippi. Accordingly, in the exercise of the Court's discretion and in the furtherance of justice, it is hereby,

**ORDERED** that this petition for habeas relief and other documents filed in the instant civil action be transferred to the United States District Court for the Northern District of Mississippi, Aberdeen Division.

**SO ORDERED AND ADJUDGED** this the 9th day of September, 2026.

s/ Louis Guirola, Jr.
Louis Guirola, Jr.
United States District Judge